UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.M.P., <br><br>             Petitioner, <br><br>   v. <br><br> Arteta, et al., <br><br>             Respondents. | 25-CV-4987 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

This Court ordered Petitioner's release from custody on October 23, 2025, which Respondent indicated was effectuated on October 24, 2025. See ECF Nos. 31 and 32. The Court therefore respectfully directs the Clerk of Court to terminate the case, allowing Petitioner to pursue a fee motion following the entry of final judgment.

The Court sets the briefing schedule for that forthcoming motion as follows:

- Petitioner's motion and opening brief: 30 days after entry of final judgment;
- Government's response brief: 30 days after petitioner's motion and brief;
- Petitioner's reply, if any: 21 days after government's response brief;

SO ORDERED.

Dated: November 3, 2025
       New York, New York

                                                         _____
                                                                  DALE E. HO
                                                          United States District Judge